ALVERSON TAYLOR & SANDERS
JONATHAN B. OWENS, ESQ.
Nevada Bar No. 7118
6605 Grand Montecito Pkwy, Ste. 200
Las Vegas, NV 89149
Telephone: 702-384-7000
Facsimile:  702-385-7000
efile@alversontaylor.com
jowens@alversontaylor.com
*Attorneys for Defendants,*
*Marten Transport, LTD. and*
*Bir B. Mongar*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONNELL BERTHA, individually and as natural parent and guardian of A.P.S., <br><br>   Plaintiffs, <br><br>   vs. <br><br> BIR B. MONGAR, individually; MARTEN TRANSPORT, LTD.; DOES I through X, inclusive; ROE CORPORATIONS XI through XX, inclusive, <br><br>   Defendants. | Civil Action No: 21-cv-01689-GMN-BNW |

## **STIPULATION AND ORDER TO REMAND CASE TO STATE COURT**

IT IS HEREBY STIPULATED by and between Plaintiffs DONNELL BERTHA, individually and as natural parent and guardian of A.P.S., by and through their counsel of record, ER INJURY ATTORNEYS, and Defendants MARTEN TRANSPORT, LTD. and BIR B. MONGAR, by and through their counsel of record, ALVERSON TAYLOR & SANDERS, that this matter be remanded back to the Eighth Judicial District Court, Clark County, Nevada, as the amount in controversy does not exceed $75,000, exclusive of interest and costs pursuant to 28 U.S. Code § 1332(a).

/ / / /

*Marten Transport, LTD. and Bir B. Mongar adv. Donnel Bertha*
*United States District Court Case No. 21-cv-01689-GMN-BNW*

DATED this 29th day of October, 2021.   DATED this 29th day of October, 2021.

ALVERSON TAYLOR & SANDERS   ER INJURY ATTORNEYS

*/s/Jonathan B. Owens*   */s/Craig A. Henderson*

JONATHAN B. OWENS, ESQ.   CRAIG A. HENDERSON, ESQ.
Nevada Bar No. 7118   Nevada Bar No. 010077
6605 Grand Montecito Pkwy, Ste. 200   4795 South Durango Drive
Las Vegas, NV 89149   Las Vegas, NV 89147
*Attorneys for Defendants,*   *Attorneys for Plaintiffs*
*Marten Transport, LTD. and*
*Bir B. Mongar*

## ORDER

IT IS HEREBY ORDERED that this matter be remanded back to the Eighth Judicial District Court, Clark County, Nevada.

**IT IS SO ORDERED.**

Dated this  1  day of November, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Submitted by:

ALVERSON TAYLOR & SANDERS

*/s/Jonathan B. Owens*

JONATHAN B. OWENS, ESQ.
Nevada Bar No.7118
6605 Grand Montecito Pkwy., Ste. 200
Las Vegas, NV 89149
*Attorneys for Defendants,*
*Marten Transport, LTD. and*
*Bir B. Mongar*

j:\z-client\27357\pleadings\sao remand.docx

**ALVERSON TAYLOR & SANDERS**
LAWYERS
6605 GRAND MONTECITO PKWY STE 200
LAS VEGAS, NV 89149
(702) 384-7000